In the Matter of JOHN O. NELSON, Appellant, against CIVIL SERVICE COMMISSION et al., Respondents.

(Argued May 22, 1933; decided June 6, 1933.)

*John O. Nelson,* in person, for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Henry J. Shields* and *J. Joseph Lilly* of counsel), for respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Not sitting: KELLOGG and HUBBS, JJ.